IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRETT THOMAS CHENEVERT                                      PLAINTIFF

V.                  CASE NO. 5:20-CV-5172-TLB

MARY SMITH;
BLUE WATER TRANSPORT, LLC;
and JOHN DOES 1–3                                      DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Brett Thomas Chenevert is awarded a total of **$200,000** in compensatory and punitive damages and **$6,843.28** in attorney's fees and costs against Defendants Mary Smith and Blue Water Transport, LLC.

**IT IS FURTHER ORDERED AND ADJUDGED** that prejudgment interest accruing at a rate of 6% per annum, from March 31, 2020, until today's date, is due and owing to Mr. Chenevert.

**IT IS FURTHER ORDERED AND ADJUDGED** that postjudgment interest shall accrue in the manner set forth at 28 U.S.C. § 1961, from today's date until paid in full.

**IT IS SO ORDERED AND ADJUDGED** on this 15th day of July, 2021.

                                             */s/ Timothy L. Brooks*
                                             TIMOTHY L. BROOKS
                                             UNITED STATES DISTRICT JUDGE